S93Y0852. IN THE MATTER OF RICHARD A. VITI.

(429 SE2d 525)

PER CURIAM.

Richard A. Viti has petitioned for voluntary suspension of his license to practice law pending appeal. He admits that he was convicted in federal court of two felony counts involving income tax evasion. He further admits that his conviction constitutes a violation of Standard 66 of State Bar Rule 4-102 (d). The special master recommends that we accept Viti's petition and suspend his license to practice law pending termination of the appeal of his conviction. We adopt the special master's recommendation and grant the petition for voluntary suspension pending appeal.

*All the Justices concur.*

DECIDED MAY 17, 1993.

*William P. Smith III, General Counsel State Bar, E. Duane Cooper, Assistant General Counsel State Bar,* for State Bar of Georgia.